Attorney General, *Perry Shatkin,* Chief Legal Officer (Taxation), for defendant.

M. P. No. 1894. SCHOOL COMMITTEE OF THE CITY OF PROVIDENCE *v.* BOARD OF REGENTS FOR EDUCATION. Petition to reargue denied. Kelleher, J., not participating. *Vincent J. Piccirilli,* for plaintiff-respondent. *Abedon, Michaelson, Stanzler & Biener, Julius C. Michaelson, Richard A. Skolnik,* for defendant-petitioner.

M. P. No. 1976. JOSEPH E. GONSALVES *v.* FRANCIS A. HOWARD, *Warden.* Motion of petitioner for admission to bail and other papers filed in connection therewith are remanded to Superior Court with direction that said court proceed forthwith to hold an evidentiary hearing on and decide the sole question of whether petitioner should be admitted to bail, and after disposition thereof the motion and other papers to be returned to Supreme Court. Motion of petitioner to delete the name of Joseph M. Hall as attorney of record is granted. *Joseph E. Gonsalves,* petitioner, pro se. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for respondent.

APPEAL No. 73-19. HATTIE CARNEGIE INDUSTRIES, INC. *v.* ANTONIO LOPREATO *et al.* Papers may be remanded to the Superior Court to act on the plaintiff's motion to correct errors allegedly appearing in the record. After acting thereon, that court to retransmit the papers to Supreme Court. See Super. R. Civ. P. 75 (a). *Raymond J. Surdut,* for plaintiff. *Hector D. Laudati,* for defendants.

APPEAL No. 73-96. RAYMOND A. MENDILLO *v.* PAUL CHARON *et al. d/b/a* NORTHEAST EXPRESSWAY. Motion of defendants for rehearing on plaintiff's motion to adjudge defendants in contempt is denied. *McOsker & Isserlis, Paul A. Lietar,* for plaintiff. *Orlando A. Andreoni,* for defendants.